**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 4:24-CR-00038-BSM**

**ARTHUR JOYNER** **DEFENDANT**

**ORDER**

Arthur Joyner's pro se motion to amend [Doc. No. 115] is denied because he is represented by counsel. *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001) (district court has no obligation to entertain pro se motions filed by a represented party).

IT IS SO ORDERED this 21st day of August, 2026.

UNITED STATES DISTRICT JUDGE